(105 So. 702)

Ex parte Wyatt COX. (4 Div. 241.)

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

E. C. Boswell, of Geneva, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Wyatt Cox for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Cox v. State, 105 So. 700.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.